Case 2:17-cv-03471-LDW-AKT   Document 6   Filed 06/29/17   Page 1 of 2 PageID #: 105
Aronow
Case 2:17-cv-03471-LDW-AKT   Document 4   Filed 06/09/17   Page 2 of 2 PageID #: 98

and Verified complaint, jury demand endorsed hereon

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3471

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seterus, Inc.
was received by me on *(date)* 6/15/17 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nattie Jairam - Process Specialist, Auth. to Accept who is
Desc: Brown Female, Black Hr., 40 yrs., 5'6, 150lbs. Glasses
designated by law to accept service of process on behalf of *(name of organization)* Seterus, Inc.
c/o CT Corporation System
111 Eighth Avenue, 13th fl., New York, NY 10011 on *(date)* June 16, 2017   XXXX 1:05 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 20, 2017

*Server's signature*

Charles Kastner - Process Server #957455

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2018

*Lynn M. Tranquellino (signature)*

*Printed name and title*

Lynbrook, NY

*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...                                                                                       Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Stephen J. Catalano<br><br>*Plaintiff(s)*<br>v.<br>Seterus, Inc.<br><br>*Defendant(s)* | Civil Action No. 17-3471(LDW)(AKT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Seterus, Inc.
14523 SW Millikan Way, suite 200
Beaverton, Oregon 97005

Seterus, Inc. c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren Aronow, Esq.
Aronow Law, PC
20 Crossways Park Drive North, Suite 210
Woodbury, NY 11797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 06/09/2017

*Concetta Landow*

*Signature of Clerk or Deputy Clerk*