UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. CATALANO,<br><br>      Plaintiff,<br><br>vs.<br><br>SETERUS, INC.,<br><br>      Defendant. | Civil Action No. 17-cv-03471-LDW-AKT<br><br>**INITIAL CASE MANAGEMENT AND SCHEDULING ORDER** |

I. **DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of initial disclosures Required by Rule 26(a) | **August 9, 2017** |
| First request for production of documents and first request for interrogatories due by: | **September 13, 2017** |
| Responses to first request for production of documents and first set of interrogatories due by: | **October 27, 2017** |
| Deadline for joinder of additional parties and amendment of pleadings: | **November 8, 2017** |
| Status Conference: | **January 12, 2018 at 10:30 am** |
| All discovery, including production of all expert reports, if any, to be completed by: | **April 4, 2018** |
| Dispositive motion process started by: | **April 18, 2018** |
| Joint pretrial order due by: | **May 2, 2018** |
| Pretrial Conference: | **May 9, 2018 at 10:30 am** |

II. **CHECKLIST FOR THE COURT**

    A.    Initial Disclosures: Counsel confirm that the Initial Disclosures have been served:

Plaintiff:                                    Defendant:

**X** Yes ___ No                              **X** Yes ___ No

B.   Stipulation and Order of Confidentiality: Counsel confirm that they have consulted in good faith regarding the need for such an order:

**X** Yes         ___ No

Based on that consultation, counsel find that a Stipulation and Order of Confidentiality is:

**X** Needed      ___ Not needed

C.   Electronically Stored Information ("ESI"): Counsel confirm that they have met and conferred regarding the existence of any relevant ESI on both sides:

___ Yes **X** No

The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

___ Yes **X** No

Based on those discussions, counsel are advising the Court that the relevant ESI consists of
1. _____
2. _____
3. _____
4. _____
5. _____

D.   HIPAA Release Authorizations: Counsel confirm that such authorizations for this case are:

___ Needed    **X** Not Needed

**SO ORDERED:**

Dated: Central Islip, New York

_____
A. KATHLEEN TOMLINSON
United States Magistrate Judge